**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| MICRO FOCUS (US), INC.. *et al.* ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> NOW SOLUTIONS, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 12-3026-RWT |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Micro Focus (U.S.), Inc. and Micro Focus IP Development Limited, and defendant NOW Solutions, Inc., being all of the parties to the above-captioned case, hereby stipulate to the dismissal of this action with prejudice. Each party to bear its own costs and attorneys' fees for the litigation.

Respectfully submitted,

| KRAMON & GRAHAM, P.A. | PCT LAW GROUP, PLLC |
|---|---|
| */s/* <br> Stuart M.G. Seraina, Bar No. 25971 <br> One South Street, Suite 2600 <br> Baltimore, Maryland  21202 <br> Telephone     (410) 752-6030 <br> Facsimile       (410) 539-1269 <br> E-mail:         sseraina@kg-law.com | */s/* <br> Malik K. Cutlar, Bar No. 29599 <br> 330 John Carlyle Street <br> Third Floor <br> Alexandria, Virginia 22314 <br> Telephone:   (703) 881-9141 <br> Facsimile:    (703) 972-9153 <br> E-mail:         mcutlar@pctlg.com |
| ATTORNEYS FOR PLAINTIFFS, <br> MICRO FOCUS (U.S.), INC. AND <br> MICRO FOCUS IP DEVELOPMENT <br> LIMITED | ATTORNEYS FOR NOW <br> SOLUTIONS, INC. |