IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| MICRO FOCUS (US), INC.. *et al.* ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> NOW SOLUTIONS, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 12-3026-RWT |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Micro Focus (U.S.), Inc. and Micro Focus IP Development Limited, and defendant NOW Solutions, Inc., being all of the parties to the above-captioned case, hereby stipulate to the dismissal of this action with prejudice. Each party to bear its own costs and attorneys' fees for the litigation.

Respectfully submitted,

KRAMON & GRAHAM, P.A.

/s/
Stuart M.G. Seraina, Bar No. 25971
One South Street, Suite 2600
Baltimore, Maryland 21202
Telephone    (410) 752-6030
Facsimile    (410) 539-1269
E-mail:       sseraina@kg-law.com

ATTORNEYS FOR PLAINTIFFS,
MICRO FOCUS (U.S.), INC. AND
MICRO FOCUS IP DEVELOPMENT
LIMITED

PCT LAW GROUP, PLLC

/s/
Malik K. Cutlar, Bar No. 29599
330 John Carlyle Street
Third Floor
Alexandria, Virginia 22314
Telephone:   (703) 881-9141
Facsimile:   (703) 972-9153
E-mail:      mcutlar@pctlg.com

ATTORNEYS FOR NOW
SOLUTIONS, INC.

"APPROVED" THIS 14th DAY of February, 2013
By Alexander Williams, Jr for RWT
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE